82,703-01

TO:COURT OF CRIMINAL APPEALS § FROM: DONALD CAMPBELL # 1355871

OF TEXAS § ESTELLE UNIT

P.O. BOX 12308 § 264 FM 3478

CAPITAL STATION § HUNTSVILLE TX 77320

AUSTIN TEXAS 78711 §

NO. WR-82,703-01

CLERK OF THE COURT,

I AM WRITING IN REGARDS TO THE WRIT OF MANDAMUS THAT I FILED WITH THIS COURT ON JANUARY 9th 2015. I RECEIVED NOTICE FROM THIS COURT ON FEBRUARY 4th 2015 NOTIFYING ME THAT MY WRIT HAS BEEN RECEIVED AND THAT THIS COURT GAVE MARTIN COUNTY 30 DAYS TO RESPOND TO THIS COURTS ORDER. THIRTY DAYS FROM THE DATE OF FEB 4th 2015, PUTS MARTIN COUNTIES DEADLINE AT MARCH 17th 2015. AS OF THE TIME OF THIS LETTER MARTIN COUNTIES TIME HAS EXPIRED OVER THIRTY DAYS PAST THE ORIGINAL DEADLINE SET BY THIS COURT. AS OF YET I HAVE NOT RECEIVED A RESPONSE FROM THIS COURT. DID MARTIN COUNTY RECEIVE AN EXTENSION OF TIME? I DO NOT MEAN TO TAKE UP THIS COURTS TIME BUT MY APPEAL IS MY LIFE. ANY HELP YOU CAN OFFER DEALING WITH THESE ISSUES WILL BE GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED

DONALD CAMPBELL #1355871

ESTELLE UNIT

264 FM 3478

HUNTSVILLE TEXAS 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk